# **EXHIBIT A**

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
**AUGUST 2024** **01264**
E-Filing Number: 2408021750

| | |
|---|---|
| PLAINTIFF'S NAME<br>CLEMENTE JONES | DEFENDANT'S NAME<br>PENNSYLVANIA CVS PHARMACY LLC |
| PLAINTIFF'S ADDRESS<br>5848 DICKENS AVENUE<br>PHILADELPHIA PA 19143 | DEFENDANT'S ADDRESS<br>2200 CUMBERLAND STREET<br>LEBANON PA 17042 |
| PLAINTIFF'S NAME<br>ANGELA JONES | DEFENDANT'S NAME<br>CVS PHARMACY, INC. |
| PLAINTIFF'S ADDRESS<br>5848 DICKENS AVENUE<br>PHILADELPHIA PA 19143 | DEFENDANT'S ADDRESS<br>1 CVS DRIVE<br>WOONSOCKET RI 02895 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>CVS CAREMARK CORPORATION |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>1 CVS DRIVE<br>WOONSOCKET RI 02895 |

TOTAL NUMBER OF PLAINTIFFS: 2

TOTAL NUMBER OF DEFENDANTS: 8

COMMENCEMENT OF ACTION
- [x] Complaint
- [ ] Petition Action
- [ ] Notice of Appeal
- [ ] Writ of Summons
- [ ] Transfer From Other Jurisdictions

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [x] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [ ] Jury
- [x] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE
2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED PRO PROTHY**
AUG 09 2024

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: CLEMENTE JONES , ANGELA JONES

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>JOHN J. KING | ADDRESS<br>DISANDRO & MALLOY PC<br>1760 MARKET STREET<br>SUITE 1201<br>PHILADELPHIA PA 19103 |
| PHONE NUMBER<br>(215)587-9900 | FAX NUMBER<br>(215)587-9930 |
| SUPREME COURT IDENTIFICATION NO.<br>321476 | E-MAIL ADDRESS<br>jk@disandromalloy.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*JOHN KING* | DATE SUBMITTED<br>Friday, August 09, 2024, 02:59 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. PENNSYLVANIA CVS PHARMACY LLC
   2200 CUMBERLAND STREET
   LEBANON PA 17042
2. CVS PHARMACY, INC.
   1 CVS DRIVE
   WOONSOCKET RI 02895
3. CVS CAREMARK CORPORATION
   1 CVS DRIVE
   WOONSOCKET RI 02895
4. CVS HEALTH CORPORATION
   1 CVS DRIVE
   WOONSOCKET RI 02895
5. CVS PHARMACY #2266
   6900 LINDBERGH BOULEVARD
   PHILADELPHIA PA 19142
6. CVS
   6900 LINDBERGH BOULEVARD
   PHILADELPHIA PA 19142
7. ABC COMPANY DOE
   UNKNOWN
   UNKNOWN PA 00000
8. DEF COMPANY DOE
   UNKNOWN
   UNKNOWN PA 00000

**DISANDRO & MALLOY, P.C.**
**By: John J. King, Esquire**
**Identification No. 321476**
**1760 Market Street, Suite 1201**
**Philadelphia, Pennsylvania 19103**
**(215) 587-9900**

**ATTORNEY FOR PLAINTIFF**

Filed and Attested by the Office of Judicial Records 09 AUG 2024 02:28 pm

CLEMENTE JONES and
ANGELA JONES, h/w
5848 Dickens Avenue
Philadelphia, PA 19143

vs.

PENNSYLANIA CVS PHARMACY LLC
2200 Cumberland Street
Lebanon, PA 17042
and
**(caption continued on next page)**

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

TERM, 2024

NO.

## CIVIL ACTION

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
1101 Market Street, 11th floor
Philadelphia, PA 19107
Telephone: 215-238-6333

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. ESTA OFICINA PUEDE PROVEER A USTED CON INFORMACION DE COMO ALQUILAR UN ABOGADO. SI USTED NO TIENE DINERO PARA ALQUILAR UN ABOGADO, ESTA OFICINA PUEDE PROVEER A USTED CON INFORMACION DE AGENCIAS QUE PUEDE OFRECER SERVICIOS LEGALES A PERSONAS ELEGIBLE A UN COSTO REDUCIDO O SIN COSTO NINGUNO.

ASOCIACION DE LICENCIADOS DE FILADELFIA SERVICIO DE REFERENCIA E INFORMACION LEGAL
1101 Market Street, 11th floor
Filadelfia, Pennsylvania 19107
Teléfono: 215-238-6333

**(caption continued form previous page)**
CVS PHARMACY, INC.
1 CVS Drive
Woonsocket, RI 02895
and
CVS CAREMARK CORPORATION
1 CVS Drive
Woonsocket, RI 02895
and
CVS HEALTH CORPORATION
1 CVS Drive
Woonsocket, RI 02895
and
CVS PHARMACY #2266
6900 Lindbergh Boulevard
Philadelphia, PA 19142
and
CVS
6900 Lindbergh Boulevard
Philadelphia, PA 19142
and
ABC COMPANY DOE
Unknown Business Entity Identified by a Fictitious Name Which Was Responsible for Placing and Maintaining the Shelf/Display Platform at the CVS Store at 6900 Lindbergh Boulevard in Philadelphia on August 16, 2022
and
DEF COMPANY DOE
Unknown Business Entity Identified by a Fictitious Name Which Was Responsible for Stocking the Shelf/Display Platform at the CVS Store at 6900 Lindbergh Boulevard in Philadelphia Where Clemente Jones Tripped on August 16, 2022

**DISANDRO & MALLOY, P.C.**
**By: John J. King, Esquire**
**Identification No. 321476**
**1760 Market Street, Suite 1201**
**Philadelphia, Pennsylvania 19103**
**(215) 587-9900**

**ATTORNEY FOR PLAINTIFF**

| | |
|---|---|
| CLEMENTE JONES and<br>ANGELA JONES, h/w<br>5848 Dickens Avenue<br>Philadelphia, PA 19143<br><br>vs.<br><br>PENNSYLVANIA CVS PHARMACY LLC<br>2200 Cumberland Street<br>Lebanon, PA 17042<br>and<br>CVS PHARMACY, INC.<br>1 CVS Drive<br>Woonsocket, RI 02895<br>and<br>CVS CAREMARK CORPORATION<br>1 CVS Drive<br>Woonsocket, RI 02895<br>and<br>CVS HEALTH CORPORATION<br>1 CVS Drive<br>Woonsocket, RI 02895<br>and<br>CVS PHARMACY #2266<br>6900 Lindbergh Boulevard<br>Philadelphia, PA 19142<br>and<br>CVS<br>6900 Lindbergh Boulevard<br>Philadelphia, PA 19142<br>and<br>ABC COMPANY DOE<br>Unknown Business Entity Identified by a Fictitious Name Which Was Responsible for Placing and Maintaining the Shelf/Display Platform at the at the CVS Store at 6900 Lindbergh Boulevard in Philadelphia on August 16, 2022 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>TERM, 2024<br><br>NO. |

and
DEF COMPANY DOE
Unknown Business Entity Identified by a Fictitious Name Which Was Responsible for Stocking the Shelf/Display Platform at the CVS Store at 6900 Lindbergh Boulevard in Philadelphia Where Clemente Jones Tripped on August 16, 2022

**CIVIL ACTION**

1. Plaintiff, Clemente Jones, is an individual who resides at 5848 Dickens Avenue, Philadelphia, Pennsylvania 19143.

2. Plaintiff, Angela Jones, is an individual who resides at 5848 Dickens Avenue, Philadelphia, PA 19143.

3. Defendant, Pennsylvania CVS Pharmacy LLC, is a Pennsylvania Limited Liability Company with a principal place of business located at 2200 Cumberland Street, Lebanon, Pennsylvania 17042, said company regularly conducting business in the City and County of Philadelphia.

4. Defendant, CVS Pharmacy, Inc., is a Rhode Island Corporation with a principal place of business located at 1 CVS Drive, Woonsocket, Rhode Island 02895, said corporation regularly conducting business in the City and County of Philadelphia.

5. Defendant, CVS Caremark Corporation, is a Rhode Island Corporation with a principal place of business located at 1 CVS Drive, Woonsocket, Rhode Island 02895, said corporation regularly conducting business in the City and County of Philadelphia.

6. Defendant, CVS Health Corporation, is a Rhode Island Corporation with a principal place of business located at 1 CVS Drive, Woonsocket, Rhode Island 02895, said corporation regularly conducting business in the City and County of Philadelphia.

7. Defendant, CVS Pharmacy #2266, is a Pennsylvania business entity located at 6900 Lindbergh Boulevard, Philadelphia, Pennsylvania 19142.

8. Defendant, CVS, is a Pennsylvania business entity located at 6900 Lindbergh Boulevard, Philadelphia, Pennsylvania 19142.

9. Defendant, ABC Company Doe, is an unknown business entity identified by a fictitious name, whose identity plaintiffs have been unable to determine after conducting a reasonable search, which was responsible for placing and maintaining the shelf/display platform at the CVS store located at 6900 Lindbergh Boulevard in Philadelphia on August 16, 2022.

10. Defendant, DEF Company Doe, is an unknown business entity identified by a fictitious name, whose identity plaintiffs have been unable to determine after conducting a reasonable search, which was responsible for stocking the shelf/display platform at the CVS store located at 6900 Lindbergh Boulevard in Philadelphia where Clemente Jones tripped on August 16, 2022.

11. On or about August 16, 2022, and at all times material hereto, defendants, Pennsylvania CVS Pharmacy LLC and/or CVS Pharmacy, Inc. and/or CVS Caremark Corporation and/or CVS Health Corporation and/or CVS Pharmacy #2266 and/or ABC Company Doe and/or DEF Company Doe, owned, operated, occupied, leased, controlled and/or maintained the building and property located at 6900 Lindbergh Boulevard, Philadelphia, PA 19142.

12. On or about August 16, 2022, and at all times material hereto, defendants, Pennsylvania CVS Pharmacy LLC and/or CVS Pharmacy, Inc. and/or CVS Caremark Corporation and/or CVS Health Corporation and/or CVS Pharmacy #2266 and/or CVS and/or ABC Company Doe and/or DEF Company Doe, through their agents, servants, workmen and/or employees, had under their care, supervision and direction, control, custody and maintenance of the

aforementioned premises, and said defendants were under a joint and individual duty to maintain the said premises in a safe condition for persons lawfully thereon.

13. Notwithstanding its duty, defendants, Pennsylvania CVS Pharmacy LLC and/or CVS Pharmacy, Inc. and/or CVS Caremark Corporation and/or CVS Health Corporation and/or CVS Pharmacy #2266 and/or CVS and/or ABC Company Doe and/or DEF Company Doe, by their agents, servants, workmen and/or employees, did on the date aforesaid and for some time prior thereto carelessly and negligently keep and maintain the aforesaid premises which were caused, permitted and allowed to become and remain in a highly dangerous and defective condition, to wit: empty, low shelf/display platform in an area of pedestrian traffic, and other dangerous conditions, all of which created a highly dangerous and defective condition for the plaintiff, Clemente Jones, who was a business invitee, and other pedestrians proceeding thereon.

14. On or about the aforesaid date, while the plaintiff was on the aforesaid premises, he was caused to trip and fall as a result of coming into contact with the aforementioned dangerous condition on the floor of said business establishment, causing him to sustain personal injuries hereinafter more specifically set forth.

15. Plaintiff avers that defendants, Pennsylvania CVS Pharmacy LLC and/or CVS Pharmacy, Inc. and/or CVS Caremark Corporation and/or CVS Health Corporation and/or CVS Pharmacy #2266 and/or CVS and/or ABC Company Doe and/or DEF Company Doe, by their agents, servants, workmen and/or employees, had or should have had notice of the existence of said defective condition above mentioned prior to the happening of said accident.

16. At the time and place aforesaid, the carelessness, recklessness and negligence of the defendants, consisted of the following:

(a) Failing to properly maintain the said premises;

(b) Failing to have the said premises inspected at reasonable intervals;

(c) Failing to give proper and sufficient warnings to plaintiff of the highly dangerous condition of said premises;

(d) Disregarding the rights and safety of the plaintiff and other persons lawfully on the defendants' premises;

(e) Negligently not having appropriate warning cues in an area of an empty, low shelf/ display platform making it extremely difficult for customers to see;

(f) Negligently having an extended raised platform of no utility in area of high customer traffic;

(g) Allowing the premises to remain in a dangerous and unsafe condition;

(h) Failing to use reasonable prudence and care to keep the premises in a safe condition;

(i) Failing to properly demarcate an area frequented by business invitees; and

(j) Failing to properly stock low shelves/display platforms, that are tripping hazards when empty.

17. As a direct result of the defendants' carelessness, recklessness and negligence as aforesaid, plaintiff, Clemente Jones, sustained severe internal and external injuries in and about the head, body and limbs, including but not limited to: Multilevel cervical disc bulge and protrusion with right C6 radiculopathy, Multilevel lumbar disc protrusions with lumbar radiculitis, bilateral knee sprain/strain, right elbow injury, left elbow injury, myofasciitis, lumbar sprain/strain, cervical sprain/strain, right shoulder strain, right elbow scarring, and a severe shock to his nervous system, all of which have caused him and will continue to cause him great pain and agony, and have prevented him and will continue to prevent him in the future from attending to his daily duties and occupation, all to his great financial damage and loss.

18. Further, by reason of the aforesaid, plaintiff, Clemente Jones, has been obliged to expend various sums of money for medicine and medical attention in and about endeavoring to treat and cure himself of his said injuries, and will be obliged to expend additional sums of money for the same purposes in the future, all to his great financial damage and loss.

19. As a further result of the accident and the injuries sustained therein, plaintiff, Clemente Jones, has and may suffer a severe loss of earnings and impairment of earning capacity and power, all of which has been and will continue to be to his great financial damage and loss.

20. Plaintiff, Clemente Jones, avers that his injuries and damages were caused solely by the negligence of the defendants as hereinbefore set forth.

WHEREFORE, plaintiff, Clemente Jones, demands judgment against the defendants, Pennsylvania CVS Pharmacy LLC and CVS Pharmacy, Inc. and CVS Caremark Corporation and CVS Health Corporation and CVS Pharmacy #2266 and CVS and ABC Company Doe and DEF Company Doe, jointly and/or severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs.

**COUNT TWO – LOSS OF CONSORTIUM**

21. Plaintiff, Angela Jones, is the wife of plaintiff, Clemente Jones, and resides with him at 5848 Dickens Avenue, Philadelphia, PA 19143.

22. Plaintiff, Angela Jones, incorporates herein by reference the averments contained in paragraphs 1 through 20, inclusive, as fully as though the same were herein set forth at length.

23. As a direct result of the defendants' carelessness, recklessness and negligence as aforesaid, plaintiff, Angela Jones, was, for a period of time, may and probably will in the future be deprived of the society, assistance and support of her husband, plaintiff, Clemente Jones, all of

which has been and will continue to be to her great financial, physical, psychological and emotional damage and loss.

WHEREFORE, plaintiff, Angela Jones, demands judgment against the defendants, Pennsylvania CVS Pharmacy LLC and CVS Pharmacy, Inc. and CVS Caremark Corporation and CVS Health Corporation and CVS Pharmacy #2266 and CVS and ABC Company Doe and DEF Company Doe, jointly and/or severally, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs.

DISANDRO & MALLOY, P.C.

BY: John King
JOHN J. KING, ESQUIRE
ATTORNEY FOR PLAINTIFFS

VERIFICATION

I, Clemente Jones, make this verification subject to the penalties of 18 Pa. C.S.A. 4904, relating to unsworn falsification to authorities. The attached pleading is based upon information which I have furnished to my counsel and information which has been gathered by my counsel in preparation for the prosecution of this lawsuit. The language contained in the pleading is that of counsel and not mine. I have read the pleading, and to the extent it is based upon information which I have given to my counsel, it is true and correct to the best of my knowledge, information, and belief. To the extent that the contents of the pleading are that of counsel, I have relied upon my counsel in making this verification.

[signature]

8/9/2024
Dated: