**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLEMENTE JONES and ANGELA JONES (h/w),<br><br>    Plaintiff,<br><br>    vs.<br><br>PENNSYLVANIA CVS PHARMACY, LLC; CVS PHARMACY, INC.; CVS CAREMARK CORPORATION; CVS HEALTH CORPORATION; CVS PHARMACY #2266; CVS; ABC COMPANY DOE and DEF COMPANY DOE,<br><br>    Defendants. | No: 2:24-CV-05006-JMY |

**7.1 DISCLOSURE STATEMENT OF**
**DEFENDANT, PENNSYLVANIA CVS PHARMACY, LLC**

Defendant, Pennsylvania CVS Pharmacy, LLC (i/d/a Pharmacy, Inc., CVS Caremark Corporation, CVS Health Corporation, CVS Pharmacy #2266, and CVS), states as follows for its corporate disclosures pursuant to Federal Rule of Civil Procedure 7.1:

CVS Health Corporation, a publicly held corporation, owns 100% of the stock of CVS Pharmacy, Inc. No entity owns more than 10% of the stock of CVS Health Corporation.

CVS Pharmacy, Inc. is a Rhode Island corporation whose principal place of business is in the State of Rhode Island. CVS Pharmacy, Inc. is the sole member and 100% owner of Pennsylvania CVS Pharmacy, LLC.

1

2

                                        **POST & SCHELL, P.C.**


Date:  November 22, 2024                 BY:
                                             _____
                                             Charles W. Spitz, Esquire
                                             E-MAIL: cspitz@postschell.com
                                             I.D. #81192
                                             Three Logan Square
                                             1717 Arch Street
                                             24th Floor
                                             Philadelphia, PA 19103
                                             215-587-1000
                                             215-587-1444

                                             Attorney for Defendant,
                                             Pennsylvania CVS Pharmacy, L.L.C.
                                             (i/d/a CVS Pharmacy, Inc., CVS
                                             Caremark Corporation, CVS Health
                                             Corporation, CVS Pharmacy #2266,
                                             and CVS)

28307910v1